|  | : | **UNITED STATES DISTRICT COURT** |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **DISTRICT OF NEW JERSEY** |
| Plaintiff, | : | |
| vs. | : | Criminal No. 12-241 (SRC) |
| **LEON Z. ABNEY** | : | Hon. Stanley R. Chelser |
|  | : | United States District Judge |
| Defendant | : | |
|  | : | <u>**Order on Pretrial Motions**</u> |

**THIS MATTER** having been brought before the Court on application of Paul J. Fishman, United States Attorney for the District of New Jersey (Aaron Mendelsohn, Assistant United States Attorney, appearing) and Leon Z. Abney (K. Anthony Thomas, Assistant Federal Public Defender, appearing), for an order granting relief for Defendant Abney's First Omnibus Motion (Document Number 13), and the Government's Cross-Motion for Reciprocal Relief (Document Number 16):

**IT IS**, for the reasons stated in open court on July 20, 2012, on this 23 day of July, 2012,

**ORDERED** that a pretrial evidentiary hearing on Defendant Abney's Motion to Suppress evidence and statements is granted and set for August 22, 2012, at 10:00 a.m.;

**ORDERED** that the Government shall produce documents without redactions to Defendant Abney;

**ORDERED** that the Government shall produce any *Giglio* and Jencks Act material to Defendant Abney at least two (2) days prior to any hearing or trial; and

**ORDERED** that Defendant Abney shall produce reciprocal discovery to the Government.

Hon. Stanley R. Chelser, U.S.D.J.