UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Stanley R. Chesler |
| | : | Crim. No. 12-241 (SRC) |
| v. | : | |
| | : | POST-SUPPRESSION HEARING |
| LEON Z. ABNEY | : | (THIRD) CONTINUANCE ORDER |

This matter having come before the Court on Defendant Leon Z. Abney's (by K. Anthony Thomas, Assistant Federal Public) application, and Paul J. Fishman, United States Attorney for the District of New Jersey (by Aaron Mendelsohn, Assistant U.S. Attorney), having no objections to the granting of a Post-Suppression Hearing continuance of the proceedings in the above-captioned matter, for Defendant to submit a closing brief, and Defendant being aware that he has a right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this Court, pursuant to Title 18 of the United States Code, Section 3161(c)(1), and as Defendant has consented to this third continuance, and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. The grant of this continuance will likely conserve judicial resources;

2. Pursuant to Title 18 of the United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and Defendant in a speedy trial; and

3.  Pursuant to Title 18 of the United States Code, Section 3161(h)(7)(B)(iv), failure to grant the continuance would unreasonably deny counsel for Defendant the reasonable time necessary to effectively prepare the Post-Suppression Hearing closing brief, taking into account the exercise of due diligence.

WHEREFORE, on this _26_ day of _____, 2012,

ORDERED that this action be, and it hereby is, continued for a period of one hundred and twenty-nine (129) days from and including August 22, 2012; and it is further

ORDERED that Defendant's Post-Suppression Hearing closing brief is due on or before Monday, December 31, 2012; and it is further

ORDERED that the period from and including August 22, 2012, through and including December 31, 2012, shall be excludable in computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Section 3161(h)(7).

HON. STANLEY R. CHESLER
United States District Judge

Form and entry
consented to:


_____
Aaron Mendelsohn
Assistant U.S. Attorney


_____
K. Anthony Thomas, AFPD
Counsel for Defendant Abney